1068

No. 1632, Misc.   Wilson v. Secretary of the Navy.
C. A. 3d Cir.   Certiorari denied.   *Solicitor General Griswold* for respondent.

No. 1647, Misc.   Earnhart v. United States.   C. A.
D. C. Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 1674, Misc.   Smiley v. New York.   App. Div.,
Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.
*Frank S. Hogan* for respondent.

No. 1679, Misc.   Balderrama v. United States.
C. A. 5th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.

No. 1691, Misc.   Hammond v. United States.   C. A.
4th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 1694, Misc.   Miller v. Wade et al.   C. A. 5th
Cir.   Certiorari denied.

No. 1698, Misc.   Daugherty v. Craven, Warden.
C. A. 9th Cir.   Certiorari denied.

No. 1717, Misc.   Murphree v. Mississippi.   Sup. Ct.
Miss.   Certiorari denied.   *J. Robertshaw* for petitioner.

No. 1718, Misc.   Gilbert v. United States.   C. A.
9th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.